FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 17

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) |
| vs. | ) 2:10-cr-547 RLH-GWF |
| ALFRED JONES, | ) |
| Defendant. | ) **ORDER** |

On December 1, 2010, James Hartsell, Esq. was appointed to represent Alfred Jones. The Court granted the defendant's request for new counsel on August 17, 2011. Therefore;

IT IS HEREBY ORDERED that Margaret M. Stanish, Esq. is appointed as counsel for Alfred Jones in place of James Hartsell, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Hartsell shall forward the file to Ms. Stanish forthwith.

DATED this 17th day of August, 2011.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE